No. 80–101.  SMITH v. WASHINGTON.  Sup. Ct. Wash. Certiorari denied.

No. 80–102.  MADSEN v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 80–109.  ESTATE OF SHELTON ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 80–110.  TAMARI ET AL., DBA WAHBE TAMARI & SONS Co. v. BACHE HALSEY STUART, INC., FORMERLY BACHE & CO., INC.  C. A. 7th Cir.  Certiorari denied.

No. 80–112.  McKNIGHT v. COLORADO.  Sup. Ct. Colo. Certiorari denied.

No. 80–113.  SCHERER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–114.  WILHELM ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 80–119.  GILL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 80–121.  OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION LOCAL 28, AFL–CIO v. MIDWEST STOCK EXCHANGE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–122.  SPARKS v. WESTERN SHORE PUBLISHING CORP. ET AL.  C. A. D. C. Cir.  Certiorari denied.